**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MARIO GARCIA-FALCON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-480-J |
| | ) | |
| MARKWAYNE MULLIN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## JUDGMENT

Pursuant to the Order filed this same day, the Court GRANTS Petitioner's habeas petition in so far as it finds Respondents violated the Immigration and Nationality Act. Respondents shall provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) within five business days of the date of the Order filed this same day, or otherwise release Petitioner if he has not received the hearing within that period, and shall certify compliance by filing a status report within seven business days of the date of the Order filed this same day.

IT IS SO ORDERED this 21st day of April, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE